(October 21, 1980)

■ In the Matter of MASTER APARTMENTS (310 RIVERSIDE DRIVE), Respondent-Appellant, v FINANCE ADMINISTRATOR OF THE CITY OF NEW YORK et al., Appellants-Respondents.—Determination of appeals from judgment, Supreme Court, New York County, entered on September 7, 1978, unanimously held in abeyance and the matter remanded to Justice Bowman for detailed findings in accordance with subdivision 2 of section 720 of the Real Property Tax Law. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Yesawich and Carro, JJ.